UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA BRISENO,<br><br>　　　　Respondent. | No. 1:17-cv-01288-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, ENFORCING SUMMONS, AND DIRECTING RESPONDENT TO APPEAR AT A TIME TO BE SET BY THE INVESTIGATING REVENUE OFFICER<br><br>(Doc. No. 8) |

　　　　The United States of America filed a petition to enforce an internal revenue summons issued on January 24, 2017, as part of an investigation of respondent, Cynthia Briseno, to secure information needed to collect tax liability for individual form 1040 for the calendar periods ending December 31, 2009, December 31, 2010, and December 31, 2014.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 304.

　　　　The assigned magistrate judge ordered respondent to appear and show cause on November 29, 2017 as to why the I.R.S. summons issued to her on January 24, 2017 should not be enforced. (Doc. No. 4.)  The petitioner served respondent with the verified petition filed September 28, 2017 (Doc. No. 1), and the Order to Show Cause filed October 2, 2017 (Doc. No. 4), in conformity with Fed. R. Civ. P. 4.  Respondent did not file an opposition to the verified petition.

1

At the show cause hearing, Assistant United States Attorney Bobbie J. Montoya, appeared on behalf of petitioner. (Doc. No. 6.) Investigating revenue officer Lorena Ramos also was present in the courtroom. (*Id.*) Respondent Cynthia Briseno personally appeared at the hearing. (*Id.*) On December 8, 2017, the magistrate judge issued findings and recommendations finding that the summons enforcement requirements had been satisfied and recommending the summons be enforced and that respondent be ordered to appear at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California, before revenue officer Lorena Ramos or her designated representative, on or before December 20, 2017, at 9:30 a.m., as agreed to by revenue officer Lorena Ramos and respondent Cynthia Briseno at the show cause hearing. (Doc. No. 8.) The Clerk of Court served respondent by mail with the findings and recommendations on December 8, 2017. The findings and recommendations provided fourteen days for the filing of objections. No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and proper analysis and determines that summons enforcement is properly granted.

Accordingly:

1. The magistrate judge's findings and recommendations (Doc. No. 8), dated December 8, 2017, are adopted in full;
2. The I.R.S. summons issued to respondent is hereby enforced;
3. Respondent Cynthia Briseno is ordered to appear at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California, before revenue officer Lorena Ramos or her designated representative, on or before a date to be set by Officer Ramos in consultation with respondent Briseno, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers, and other date demanded by the summons, the examination to continue from day to day until completed, unless compliance with the summons is fully achieved prior to the date and time set by Officer Ramos for respondent's appearance. In the event

respondent and Officer Ramos are unable to agree on a date, an appointment date shall be set by Officer Ramos. Should the appointment date need to be continued or rescheduled, the respondent is to be notified in writing of the later date for the appointment by Officer Ramos.

4. The District Court will retain jurisdiction to enforce its order by means of its contempt power.

5. The Clerk of the Court shall serve this and further orders by mail to Cynthia Briseno.

IT IS SO ORDERED.

Dated: **January 17, 2018**

UNITED STATES DISTRICT JUDGE