UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA BRISENO,<br><br>Respondent. | No. 1:17-cv-01288-DAD-SKO<br><br>ORDER TO SHOW CAUSE REGARDING CIVIL CONTEMPT |

Upon the petition of Kelli L. Taylor, Assistant United States Attorney for the Eastern District of California (Doc. No. 13), including the declaration of Revenue Officer Lorena Ramos (Doc. No. 13-1), it is hereby ordered that the respondent, Cynthia Briseno, appear before United States District Judge Dale A. Drozd, Courtroom 5, 7th Floor, 2500 Tulare Street, Fresno, CA 93721, on Tuesday, April 17, 2018, at 9:30 a.m., and that respondent show cause as follows:

1. Why respondent should not be held in civil contempt of this court due to her failure to comply with the order issued in this action on January 18, 2018 (Doc. No. 11) directing respondent to comply with the IRS Summons issued on January 24, 2017; and

2. Why respondent should not be incarcerated and ordered to pay a daily fine until she complies with the court's order of January 18, 2018 (Doc. No. 11), and also be ordered to pay a compensatory fine to the United States.

/////

1    IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this
2    order, the respondent shall file and serve a written response to the order issued January 18, 2018
3    (Doc. No. 11).  Only those issues brought into controversy by the responsive papers and
4    supported by declaration will be considered at the hearing on this order to show cause, and any
5    uncontested allegation in the petition will be considered admitted.
6        Respondent is hereby notified that a failure to comply with this order will subject
7    respondent to possible further sanctions for contempt of court.[1]
8    IT IS SO ORDERED.
9        Dated:   **March 15, 2018**

             _____
10                                UNITED STATES DISTRICT JUDGE

---

[1] In the event respondent fully and promptly complies with this court's order of January 18, 2018 prior to the April 17, 2018 hearing by satisfactorily responding to the IRS Summons which was issued on January 24, 2017, petitioner shall so notify the court and the hearing will be vacated.