UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA BRISENO,<br><br>Respondent. | No. 1:17-cv-01288-DAD-SKO<br><br><u>ORDER FOLLOWING HEARING ON REMEDIES FOR RESPONDENT'S CIVIL CONTEMPT</u> |

This matter came before the court for hearing on June 26, 2018. On that date, respondent Cynthia Briseno was arrested after having been found in civil contempt of this court. (*See* Doc. No. 20). At that hearing, respondent agreed to meet that afternoon with IRS Revenue Officer Lorena Ramos, and to comply with the IRS Summons in full within 30 days. Given these circumstances, the United States did not oppose respondent's release from custody. Accordingly, the court recalled the warrant and ordered respondent be released from custody forthwith.

A further hearing on this matter has been set for August 7, 2018, at 9:30 a.m. Respondent is ordered to appear at this hearing if the matter remains on calendar. In the event respondent fully complies with the court's order prior to the August 7, 2018 hearing by satisfactorily responding to the IRS Summons, the United States shall so notify the court and the hearing will be vacated.

/////

1

Respondent is hereby advised that any failure to comply with the court's orders may subject respondent to further sanctions for contempt of court. *See United States v. Ayres*, 166 F.3d 991, 995 (9th Cir. 1999).

IT IS SO ORDERED.

Dated: __**June 27, 2018**__      ___/s/ Dale A. Drozd___
UNITED STATES DISTRICT JUDGE