UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA BRISENO,<br><br>　　　　　Respondent. | No. 1:17-cv-01288-DAD-SKO<br><br>ORDER VACATING HEARING AND CLOSING CASE<br><br>(Doc. Nos. 31, 32) |

On August 20, 2018, petitioner filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  (Doc. No. 31.)  In light of petitioner's voluntary dismissal, this action is terminated by operation of law without further order from the court.  Fed. R. Civ. P. 41(a)(1).  The court therefore vacates all pending dates, including the status conference set for August 21, 2018. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　Dated:  **August 21, 2018**　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1